CATHERINE E. AROSTEGUI, SBN 118756
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA 95814
Telephone: 916.441.2196
Facsimile: 916.441.5208
Email: carostegui@beesontayer.com

Attorneys for Plaintiff
TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>CARONE & SONS, INC., A CALIFORNIA CORPORATION,<br><br>    Defendant. | Case No. C-05-02391 CRB<br><br>[~~Proposed~~] ORDER |

Having considered the Plaintiff's ex parte application and finding good cause,

IT IS HEREBY ORDERED: That the California Secretary of State shall accept service on behalf of Defendant CARONE & SONS, INC., a California corporation; and that the California Secretary of State shall promptly give notice to the Defendant corporation of the service of process of the claim against it by Plaintiff.

Dated: September __14__, 2005

_____
Charles R. Breyer
United States Di[strict Judge]

**APPROVED**
Judge Charles R. Breyer
(United States District Court, Northern District of California seal)

[Proposed] ORDER
32732.doc

1